IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-CR-00042-KDB-DSC-1

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD LEE KNIGHT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant Richard Lee Knight's *pro se* request for appointment of counsel to assist with a compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 34).

Defendant asks the Court to appoint him counsel to assist him with his request for a compassionate release. However, "a criminal defendant has no right to counsel beyond his first appeal." *United States v. Legree,* 205 F.3d 724, 730 (4th Cir. 2000) (quoting *Coleman v. Thompson,* 501 U.S. 722, 756 (1991). "Though in some exceptional cases due process does mandate the appointment of counsel for certain postconviction proceedings," the defendant has not presented a showing of such exceptional circumstances in this case. *Legree,* 205 F.3d at 730 (internal citation omitted. The Court finds that the interests of justice do not require appointment of counsel to assist the defendant at this time.

**IT IS, THEREFORE, ORDERED**, that Defendant's *pro se* request for appointment of counsel (Doc. No. 34), is **DENIED** without prejudice.

**SO ORDERED.**

Signed: November 4, 2020

Kenneth D. Bell
United States District Judge